

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICK COLLINS, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-11-389 |
| | § | |
| JOHN DOES 1 - 75 | § | |

### NOTICE OF HEARING

This case has been **set** for the following before United States Magistrate Judge John R. Froeschner:

**TELEPHONE STATUS CONFERENCE**

Date:   February 10, 2012

Time:   10:00 a.m.

To:   All Counsel of Record

\*\*\*\*   The Parties should call Judge Froeschner's conference line at 713-250-5859, at the designated time.

For inquiries regarding the above setting please contact:

Sheila R. Anderson, Case Manager
to U.S. Magistrate Judge Froeschner
409/766-3533

sheila_r_anderson@txs.uscourts.gov

January 27, 2012