IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICK COLLINS, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-11-389 |
| | § | |
| JOHN DOES 1 - 75 | § | |

## O R D E R

At the Defendant's request, which is unopposed by Plaintiff, it is **ORDERED** that Defendants John Does No. 2 and No. 8 **SHALL** file their Motions for Summary Judgment <u>on or before</u> **July 16, 2012**.

It is further **ORDERED** that Plaintiff, Patrick Collins, Inc., **SHALL** file it response, to the Defendants' Motions for Summary Judgment <u>on or before</u> **August 20, 2012**.

It is further **ORDERED** that Defendants John Does No. 2 and No. 8 **SHALL** file their replies, if any, to the Plaintiff's response <u>on or before</u> **August 30, 2012**.

**DONE** at Galveston, Texas, this _____13th_____ day of July, 2012.

_____
John R. Froeschner
United States Magistrate Judge