IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICK COLLINS, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-11-389 |
| | § | |
| JOHN DOES 1 - 75 | § | |
| | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On August 16, 2012, Magistrate Judge John R. Froeschner submitted a Report and Recommendation to this Court recommending that the "Motion to Dismiss with Prejudice" of Defendant, John Doe No. 16, be denied and that his Motion be deemed his Answer to the Plaintiff's Complaint.  Judge Froeschner set August 30, 2012, as the deadline for the filing of objections, however, to date, none have been filed by any Party.

After appropriate review, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that Judge Froeschner's findings and recommendation are well-grounded in law and fact.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1)      the Report and Recommendation of Magistrate Judge Froeschner is **APPROVED** and **ADOPTED** by this Court; and

2)      the "Motion to Dismiss with Prejudice" (Instrument no. 10) of Defendant, John Doe No. 16, is **DENIED**; and

3)      John Doe No. 16 's Motion is **DEEMED** his Answer to the Plaintiff's Complaint.

**DONE** at Galveston, Texas, this 31st day of August, 2012.

Gregg Costa
United States District Judge